People v Pulley
2026 NY Slip Op 03571
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ROBERT L. PULLEY, DEFENDANT-APPELLANT. (APPEAL NO. 3.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
363 KA 12-01627
Present: Lindley, J.P., Curran, Ogden, Greenwood, And Delconte, JJ.

THE ABBATOY LAW FIRM, PLLC, ROCHESTER (DAVID M. ABBATOY, JR., OF COUNSEL), FOR DEFENDANT-APPELLANT.
BRIAN P. GREEN, DISTRICT ATTORNEY, ROCHESTER (AMY N. WALENDZIAK OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Monroe County Court (James J. Piampiano, J.), rendered July 26, 2012. The judgment convicted defendant upon his plea of guilty of robbery in the first degree and assault in the second degree.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed.
Same memorandum as in People v Pulley ([appeal No. 1] — AD3d — [June 5, 2026] [4th Dept 2026]).
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court